# United States Court of Appeals
## For the First Circuit

No. 10-1176

UNITED STATES,

Appellee,

v.

ALEX CURET, a/k/a/ A.J.,

Defendant, Appellant.

**Errata Sheet**

The opinion of this Court issued on January 11, 2012, is amended as follows:

On page 27, line 16-18, the parenthetical citation to <u>Griffiths</u> is changed to: (upholding BIA's statutory interpretation that a guilty-filed disposition entails a "sufficient finding of support for a conclusion of guilt" to be considered a "conviction" within the meaning of 8 U.S.C. § 1101(48)(A)(i))